IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE

TELLICO VILLAGE PROPERTY )
OWNERS ASSOCIATION, INC, )
                                        )
      Petitioner, )
                                        )
v. )   Case No. 3:07-cv-260
                                        )
JOSEPH W. STORY, et al., )
                                        )
      Defendants. )

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Tellico Village Property Owners Association, Inc. voluntarily dismisses its complaint.

Dated: April 22, 2009

BY:
/s/ E. Richards Brabham, III
E. RICHARDS BRABHAM, III
(BPR #022030)
550 Main St.
Bank of America Building, Suite 400
Knoxville, TN 37902
Tel: (865) 546-7311
*Counsel for plaintiff*

Date: April 22, 2009

    /s/ Benjamin J. Weir
BENJAMIN J. WEIR
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Tel: (202) 307-0855
Fax: (202) 514-6866
benjamin.j.weir@usdoj.gov
*Counsel for the United States*

SEEN AND AGREED TO BY:

    /s/ Joseph Story
JOSEPH STORY
7211 Arnheim Way
Knoxville, TN 37920
*Defendant pro se*